**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>                    Plaintiff,<br><br>            v.<br><br>COUNTY OF LOS ANGELES,<br>et. al.,<br><br>                    Defendants. | Case No. 2:24-CV-07268-MCS-AS<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, the records of this case, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed.[1] Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) Plaintiff's motion to strike (Dkt. No. 55) is DENIED as moot; (2) Defendant Universal Protection Service,

---

[1] On February 27, 2026, Plaintiff filed a statement of non-opposition to the Report and Recommendation. (Dkt. No. 76).

LP d/b/a/ Allied Universal Security Services' ("Universal") motion to dismiss the Second Amended Complaint is GRANTED and the Second Amended Compliant is DISMISSED WITH LEAVE TO AMEND; and (3) Plaintiff may file a Third Amended Complaint within thirty (30) days of the date of this Order that cures the pleading defects stated in the Report and Recommendation.

Plaintiff is warned that failure to timely file a Third Amended Complaint will result in the dismissal of his claims against Defendant Universal.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the plaintiff.

DATED: March 3, 2026

_____
            MARK C. SCARSI
    UNITED STATES DISTRICT JUDGE

2