NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jonathan V. Kaaria (SBN 323134)

Wilson Elser Moskowitz Edelman & Dicker LLP

555 South Flower Street, Suite 2900

Los Angeles, CA 90071

(213) 443-5100; fax (213) 443-5101

Jonathan.Kaaria@wilsonelser.com

### COUNTY OF LOS ANGELES;

ATTORNEY(S) FOR: ISAMAR BONILLA-ALVARADO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HECTOR GUTIERREZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-07268-MCS-AS |
| v. | |
| County of Los Angeles, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      County of Los Angeles and Isamar Bonilla-Alvarado
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Hector Gutierrez | Plaintiff |
| COUNTY OF LOS ANGELES | Defendant |
| Universal Protection Service, LP (erroneously sued as "ALLIANCE UNIVERSAL") | Defendant |
| Isamar Bonilla-Alvarado | Defendant |
| Wendell Howard | Defendant |

April 20, 2026
Date

/s/Jonathan V. Kaaria
Signature

Attorney of record for (or name of party appearing in pro per):

County of Los Angeles; Isamar Bonilla-Alvarado

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**